FREEDMAN & TAITELMAN, LLP
Michael A. Taitelman, Esq. (SBN 156254)
Jesse Kaplan, Esq. (SBN 255059)
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel: (310) 201-0005
Fax: (310) 201-0045

Attorneys for Plaintiffs Raymond Abrams,
Steven Recchia, Uschi Industries, Inc., and Barry Abrams

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ABRAMS, STEVEN RECCHIA, USCHI INDUSTRIES INC., and BARRY ABRAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENIOR LEGACY PRESERVATION, LLC; and ALLEN MYERSON; DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-ACTION.<br>_____ | **CASE NO.: CV 09-2036-VBF(RZX)**<br><br>**JUDGMENT** |

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of plaintiff Raymond Abrams, and against defendants Allen Myerson ("Myerson") and Senior Legacy Preservation, LLC ("SLP") (collectively, the "Defendants"), jointly and severally, in the amount of Three Hundred Thirty Five Thousand One Hundred Sixty Three and 65/100 dollars ($335,163.65), plus interest thereon at a rate of 10% per annum from October 7, 2009, until paid, less amounts previously paid by Defendants, if any, totaling _____. The judgment

1

1  shall also include all attorney's fees and costs incurred by Raymond Abrams in
2  connection with obtaining this judgment.  Based on the declaration of fees and costs
3  submitted by counsel for Raymond Abrams, the judgment includes costs of
4  $_____ and attorney's fees of $_____.
5
6      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment
7  shall be entered in favor of plaintiff Barry Abrams, and against defendants Myerson
8  and SLP, jointly and severally, in the amount of One Hundred Seventy Thousand Two
9  Hundred Fifty Eight and 48/100 ($170,258.48), plus interest thereon at a rate of 10%
10 per annum from October 7, 2009, until paid, less amounts previously paid by
11 Defendants, if any, totaling _____.  The judgment shall also include all
12 attorney's fees and costs incurred by Barry Abrams in connection with obtaining this
13 judgment.  Based on the declaration of fees and costs submitted by counsel for Barry
14 Abrams, the judgment includes costs of $_____ and attorney's fees of
15 $_____.
16
17     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment
18 shall be entered in favor of plaintiff Steven Recchia, and against defendants Myerson
19 and SLP, jointly and severally, in the amount of One and 00/100 ($1.00), plus interest
20 thereon at a rate of 10% per annum from October 7, 2009, until paid, less amounts
21 previously paid by Defendants, if any, totaling _____.  The judgment
22 shall also include all attorney's fees and costs incurred by Steven Recchia in
23 connection with obtaining this judgment.  Based on the declaration of fees and costs
24 submitted by counsel for Steven Recchia, the judgment includes costs of
25 $_____ and attorney's fees of $_____.
26
27     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment
28 shall be entered in favor of plaintiff Uschi Industries, Inc., and against defendants
   Myerson and SLP, jointly and severally, in the amount of One and 00/100 ($1.00),

plus interest thereon at a rate of 10% per annum from October 7, 2009, until paid, less amounts previously paid by Defendants, if any, totaling _____. The judgment shall also include all attorney's fees and costs incurred by Uschi Industries, Inc., in connection with obtaining this judgment. Based on the declaration of fees and costs submitted by counsel Uschi Industries, Inc., the judgment includes costs of $_____ and attorney's fees of $_____.

Each Plaintiff shall be entitled to an award of costs and attorneys' fees against Defendants. Within three court days, Plaintiff's counsel shall provide a declaration setting forth the costs and attorneys' fees allocable to each Plaintiff.

Dated: October 29, 2009

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
United States District Judge